# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA FRIAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ATRIA SENIOR LIVING INC.,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00403-AWI-SAB<br><br>ORDER DISCHARGING MARCH 30, 2021 AND APRIL 6, 2021 ORDERS TO SHOW CAUSE<br><br>(ECF Nos. 10, 13) |

　　　　Plaintiff Josefina Frias, individually and behalf of all others similarly situated, filed this action on February 14, 2020, in the Fresno County Superior Court. (ECF No. 2-1.) On March 17, 2020, Defendant Atria Senior Living Inc. removed the matter to the Eastern District of California. (ECF No. 1.) On May 28, 2020, a scheduling order issued setting the deadline for Plaintiff to file a motion for class certification on March 26, 2021. (ECF No. 9.) The deadline to file the motion for class certification expired and no motion was filed. On March 30, 2021, the Court issued an order requiring Plaintiff to show cause in writing within five days of entry of the order why this matter should not be dismissed for failure to comply with the May 28, 2020 scheduling order. (ECF No. 10.) On April 5, 2021, the parties filed a stipulation to stay this action, however, Plaintiff did not directly respond to the Court's March 30, 2021 order requiring Plaintiff to show cause in writing why this action should not be dismissed. On April 6, 2021, the Court issued a further order to show cause why sanctions should not be imposed, and ordered

1

Plaintiff to respond to the orders to show cause before the Court would address the stipulation to stay. (ECF No. 13.)

On April 8, 2021, Plaintiff, through a declaration of counsel, filed a response to the orders to show cause. (ECF No. 14.) Plaintiff's counsel submits that: (1) in focusing on the mediation and settlement of this action, the pending class certification filing deadline was inadvertently overlooked; (2) counsel should have at a minimum apprised the Court of the proposed settlement in advance of the deadline; (3) as part of the settlement, this action will be dismissed without prejudice upon the filing of a consolidated complaint in state court; (4) instead of filing a direct response to the Court's order to show cause, the parties filed a stipulation to stay this action; and (5) counsel apologizes for not complying with the scheduling order and for not directly submitting a response to the order to show cause. (ECF No. 14.)

Having reviewed Plaintiff's response to the order to show, IT IS HEREBY ORDERED that the March 30, 2021 and April 6, 2021 orders to show cause are DISCHARGED.

IT IS SO ORDERED.

Dated:   **April 9, 2021**

UNITED STATES MAGISTRATE JUDGE