# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA FRIAS, | Case No.  1:20-cv-00403-AWI-SAB |
| Plaintiff, | ORDER VACATING ALL DATES AND STAYING MATTER |
| v. | (ECF No. 11) |
| ATRIA SENIOR LIVING, INC., | |
| Defendant. | |

Plaintiff Josefina Frias, individually and behalf of all others similarly situated, filed this action on February 14, 2020, in the Fresno County Superior Court.  (ECF No. 2-1.)  On March 17, 2020, Defendant Atria Senior Living Inc. removed the matter to the Eastern District of California.  (ECF No. 1.)

Currently before the Court is the parties' stipulation to stay all proceedings pending the completion of a settlement and filing of a consolidated class action in state court.  (ECF No. 11.) The parties submit that Defendant is a party to three other pending actions, two in state court and another in the Eastern District of California, involving the same type of wage and hour claims asserted in this action.  (ECF No. 11 at 2.)  The parties have attended mediation and came to a settlement agreement in principle in December of 2020.  (Id.)  The proposed settlement includes a stipulation that Plaintiffs in the four actions would file an amended consolidated complaint in one of the state actions.  (Id.)  If the settlement is approved, the parties submit they will return to

their respective positions as if the cases were never consolidated, and to preserve judicial resources, request the Court stay this action pending final approval of the settlement in the to be consolidated state action.  (Id.)

The Court finds good cause to grant the stay of this action.  In the stipulation, the parties further request a status conference be scheduled in six (6) months to address the status of the settlement and stay.  (Id. at 3.)  However, in a later filing, Plaintiff submits that per recent revisions to the proposed settlement agreement, once the consolidated complaint is filed, the parties are to now dismiss the respective cases without prejudice.  Accordingly, the Court shall instead order the parties to either file a stipulation of dismissal, or a further status report indicating whether an extension of the stay is required, within ninety (90) days of entry of this order.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.      All pending dates in this matter are VACATED;

2.      This matter is STAYED for the parties to complete the proposed settlement and file the amended complaint in the consolidated state action; and

3.      The parties shall either file a stipulation of dismissal or a further status report within **ninety (90) days** of entry of this order.

IT IS SO ORDERED.

Dated:   **April 9, 2021**

_____
UNITED STATES MAGISTRATE JUDGE