# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA FRIAS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATRIA SENIOR LIVING INC.,<br><br>Defendant. | Case No. 1:20-cv-00403-AWI-SAB<br><br>ORDER AMENDING ORDER DIRECTING CLERK OF COURT TO ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 18) |

On July 9, 2021, an order issued directing the clerk of the court to adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a) due to the parties stipulation to dismissal this matter. (ECF No. 18.) It has been brought to the Court's attention that the July 9, 2021 order incorrectly set forth the name of the defendant in the caption. Accordingly, name of the defendant in the caption of the July 9, 2021 order directing the clerk of the court to adjust the docket to reflect voluntary dismissal is HEREBY AMENDED at 1:14 as follows:

ATRIA SENIOR LIVING INC.

IT IS SO ORDERED.

Dated: **July 12, 2021**

UNITED STATES MAGISTRATE JUDGE

1